## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**AZEZ WESLIN ELLIS, JR. Executor/**
**Beneficiary Azez Weslin Ellis Jr, Estate**                                    **PLAINTIFF**

**v.**                                                            **CIVIL ACTION No. 3:18CV20-NBB-RP**

**OCWEN LOAN SERVICING, LLC,**
**U.S. BANK NATIONAL ASSOCIATION,**
**JAUREGUI & LINDSEY, LLC, AND SHAPIRO & MASSEY, LLC**               **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated February 20, 2018, was on that date served via United States mail upon plaintiff; more than fourteen days have elapsed since service of the report and recommendation; and no objection has been filed or served by the parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED:**

1.      That the report and recommendation of the United States Magistrate Judge dated February 20, 2018, is approved and adopted, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the court.

2.      The plaintiff must obtain counsel to proceed in this matter as previously ordered by the court or provide the court with evidence as to why his case should be allowed to proceed without an attorney by April 3, 2018. Additionally, plaintiff must pay the requisite filing fee in this matter by April 3, 2018. Failure to satisfy these requirements will result in dismissal of the case.

This, the 23rd day of March, 2018.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**